



# MEMORANDUM OPINION

No. 04-09-00583-CV

Bonnie Fay **HIGGINS**, Individually, and as Legal Representative of the Estate of Harry D.
Higgins, Deceased, Dayanna Kay Higgins, and Harry Hodge,
Appellants

v.

Michael **MILLER**, Individually, and d/b/a Michael Miller Law Offices, Janet Jimenez, Jesus
Medina, Consumers County Mutual Insurance Company, and State Farm Fire & Casualty,
Appellees

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 09-03-11948-ZCV
Honorable Cynthia L. Muniz, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed: February 17, 2010

DISMISSED

On December 11, 2009, appellants filed an unopposed motion to dismiss this appeal as it

relates to Michael Miller, Individually, and d/b/a Michael Miller Law Offices and as it relates to

State Farm Fire & Casualty. On January 26, 2010, appellants filed a joint motion to dismiss

requesting dismissal of the appeal as it relates to the remaining appellees. We grant the motions and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM